**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RICK HAEMERLE, )<br> )<br> Plaintiff, )<br> )<br>vs. )<br> )<br>YRC, INC., *et al.*, )<br> )<br> Defendant. )<br>_____ ) | Case No. 2:15-cv-01245-JCM-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff Rick Haemerle's ("plaintiff") Ex Parte Motion for Judgment Debtor Exam (doc. # 9) and Proposed Order (doc. # 10), filed July 1, 2015. Also before the Court is Defendant All States Shipping LLC's ("defendant") Emergency Motion to Set Aside Proposed Order (doc. # 12), filed July 6, 2015.

On April 17, 2013, a judgment was entered against defendant in the U.S. District Court, Northern District of Texas. See Doc. # 9-1 at 3. The judgment was entered against defendant for $299,375.00 in damages, bearing interest at 0.12% per annum from the date of judgment until paid. Id. Plaintiff now requests an order requiring a person most knowledgeable to represent defendant to appear for a judgment debtor examination. See Doc. # 9.

The Court denies the instant motion because plaintiff fails to satisfy all applicable procedural requirements in executing on the registered judgment, as outlined in Kabana, Inc. v. Best Opal, Inc., No. 2:06CV00806-BES-GWF, 2007 WL 556958 (D. Nev. Feb. 15, 2007). By extension, the Court denies defendant's emergency motion as moot.

Accordingly, **IT IS HEREBY ORDERED** that plaintiff's Ex Parte Motion for Judgment Debtor Exam (doc. # 9) is **denied without prejudice**.

**IT IS FURTHER ORDERED** that defendant's Emergency Motion to Set Aside Proposed Order (doc. # 12) is **denied as moot**.

DATED: July 13, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**