UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| RICK HAEMERLE,<br><br>      Plaintiff(s),<br><br>  v.<br><br>YRC, INC. et al.,<br><br>      Defendant(s). | Case No. 2:15-CV-1245 JCM (CWH)<br><br>ORDER |

  Presently before the court is the matter of *Haemerle v. YRC Inc. et al*, case no. 2:15-cv-01245-JCM-CWH.

  On June 1, 2015, plaintiff Rick Haemerle filed a clerk's certification of a judgment to be registered in another district. (ECF No. 2). The judgment is from the United States District Court for the Northern District of Texas. *Id.* On June 5, 2015, the clerk granted a writ of execution in favor of plaintiff. (ECF No. 5). On February 26, 2016, Magistrate Judge Hoffman granted plaintiff's motion for judgment debtor exam. (ECF No. 28). Since that date, no party has submitted any filings in this case. As plaintiff has obtained his requested relief via a writ of execution and a judgment debtor exam, the clerk shall close the case.

  Accordingly,

  IT IS SO ORDERED.

  DATED May 7, 2018.

                   /s/ James C. Mahan
                   UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**